**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-6267**

_____

CHARLES ANTHONY AUSTIN,

Petitioner - Appellant,

v.

FEDERAL BUREAU OF PRISONS; M. MITCHELL, in an official
capacity,

Respondents - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Greenville.   Margaret B. Seymour, District
Judge.  (6:09-cv-00485-MBS)

_____

Submitted:  June 1, 2010                 Decided:  June 9, 2010

_____

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Charles Anthony Austin, Appellant Pro Se.  Beth Drake, Assistant
United States Attorney, Columbia, South Carolina, for Appellant.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Anthony Austin, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Austin v. Fed. Bureau of Prisons, No. 6:09-cv-00485-MBS (D.S.C. Jan. 27, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED